Whole Foods Market Group Inc
550 Bowie Street
Austin, TX 78703
512-477-5566

| | |
|---|---|
| Pay Group: | TR-Northeast |
| Pay Begin Date: | 09/01/2014 |
| Pay End Date: | 09/14/2014 |

| | | |
|---|---|---|
| Soc Sec Number: XXX-XX-8497 | Check #: | **11938850** |
| PWA Coverage: Enrolled | Check Date: | 09/19/14 |
| PWA Category: PWA3 | Team | GROC |

**SHAQUANA C FOREMAN**
280 Park Hill Ave Apt 2e
Staten Island, NY 10304

| | |
|---|---|
| Employee ID: | 1283024 |
| TM Status: | FT -Non-Exempt |
| Department: | 1016210001 |
| Ben Category: | WF 2 |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Addl. Pct. | 0.00 | |
| Addl.Amt | | |

### HOURS AND EARNINGS

| Description | Rate | Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| Labor Surplus | 0.00 | 0.00 | 68.32 | 1,823.28 |
| Regular Time | 15.50 | 61.50 | 953.25 | 19,222.35 |
| Holiday Pay OT | 23.25 | 7.43 | 172.75 | 671.96 |
| Paid Time Off | 15.50 | 8.00 | 124.00 | 1,663.88 |
| Retro Pay - $ | 0.00 | 0.00 | 0.00 | 148.00 |
| OT Adjust | 0.00 | 0.00 | 0.00 | 1.89 |
| Bonus Pay | 0.00 | 0.00 | 0.00 | 99.00 |
| Bonus OT adjust | 0.00 | 0.00 | 0.00 | 0.20 |
| Overtime | 0.00 | 0.00 | 0.00 | 7.61 |
| Lab Pool Payout | 0.00 | 0.00 | 0.00 | 222.01 |

### TAXES

| Description | Current Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 159.13 | 2,865.54 |
| Fed MED/EE | 18.90 | 341.84 |
| Fed OASDI/EE | 80.80 | 1,461.66 |
| NY Withholdng | 50.84 | 898.53 |
| NY OASDI/EE | 1.20 | 22.80 |
| NY NYC Withholdng | 32.59 | 576.03 |

| | | | | |
|---|---|---|---|---|
| Total Hours Worked: | | 68.93 | | |
| Total Hours Paid: | | 76.93 | 1,318.32 | 23,860.18 |
| | | | **Total Taxes** | 343.46 |

YTD Total Taxes: 6,166.40

### BEFORE-TAX DEDUCTIONS

| Description | Current Amt. | YTD Amt. |
|---|---|---|
| WFM PPO TM Only | 15.00 | 285.00 |
| 401K% Elect | 39.55 | 715.81 |

### AFTER-TAX DEDUCTIONS

| Description | Current Amt. | YTD Amt. |
|---|---|---|
| | | |

### NON-TXBL EMPLOYER PAID BENEFITS

| Description | Current Amt. | YTD Amt. |
|---|---|---|
| WFM PPO | 89.60 | 1,702.40 |
| PWA | 0.00 | 1,500.00 |

**TXBL EMPLOYER PAID BENEFITS**

| Total Before-Tax | 54.55 | 1,000.81 |
|---|---|---|
| Total After-Tax | 0.00 | 0.00 |

| | GROSS | BEFORE-TAX DED | TAXABLE WAGES | LESS TAXES | AFTER-TAX DEDS | NON-TXBL PAY | NET PAY |
|---|---|---|---|---|---|---|---|
| Current | 1,318.32 | 54.55 | 1,263.77 | 343.46 | 0.00 | 0.00 | 920.31 |
| YTD | 23,860.18 | 1,000.81 | 22,859.37 | 6,166.40 | 0.00 | 0.00 | 16,692.97 |

| Benefit Info | Prev Hrs Balance | Earned Hours | Used Hours | Awarded Hours | Donated Hours | Curr Hrs Balance |
|---|---|---|---|---|---|---|
| Paid Time Off | 42.60 | 60.35 | -102.55 | 46.73 | 0.00 | 47.13 |
| Service Hrs | 2,658.44 | 68.93 | ---- | ---- | ---- | 2,727.37 |

**MESSAGES: PLEASE CHECK YOUR ADDRESS AND NAME. IF INCORRECT, PLEASE NOTIFY YOUR PBS IMMEDIATELY!!!!!**



**NORTHEAST REGION**
**550 BOWIE STREET**
**AUSTIN, TX 78703**

Advice No: **11938850**
Date: 09/19/14

Deposit Amount: **$920.31**

To the
Account(s) of: **SHAQUANA C FOREMAN**
**280 PARK HILL AVE APT 2E**
**STATEN ISLAND, NY 10304**

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXX4003 | $920.31 |
| Total | | $920.31 |

Whole Foods Market Group Inc
550 Bowie Street
Austin, TX 78703
512-477-5566

| Pay Group: | TR-Northeast |
| Pay Begin Date: | 09/15/2014 |
| Pay End Date: | 09/28/2014 |

| Soc Sec Number: XXX-XX-8497 | Check #: | 12021652 |
| PWA Coverage: | Enrolled | Check Date: 10/03/14 |
| PWA Category: | PWA3 | Team | GROC |

**SHAQUANA C FOREMAN**
280 Park Hill Ave Apt 2e
Staten Island, NY 10304

| Employee ID: | 1283024 |
| TM Status: | FT -Non-Exempt |
| Department: | 1016210001 |
| Ben Category: | WF 2 |

| TAX DATA: | Federal | State |
| --- | --- | --- |
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Addl. Pct. | 0.00 | |
| Addl.Amt | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Earnings |
| --- | --- | --- | --- | --- |
| Regular Time | 15.50 | 64.23 | 995.57 | 20,217.92 |
| Paid Time Off | 15.50 | 16.00 | 248.00 | 1,911.88 |
| Holiday Pay OT | 0.00 | 0.00 | 0.00 | 671.96 |
| Labor Surplus | 0.00 | 0.00 | 0.00 | 1,823.28 |
| Retro Pay - $ | 0.00 | 0.00 | 0.00 | 148.00 |
| OT Adjust | 0.00 | 0.00 | 0.00 | 1.89 |
| Bonus Pay | 0.00 | 0.00 | 0.00 | 99.00 |
| Bonus OT adjust | 0.00 | 0.00 | 0.00 | 0.20 |
| Overtime | 0.00 | 0.00 | 0.00 | 7.61 |
| Lab Pool Payout | 0.00 | 0.00 | 0.00 | 222.01 |

## TAXES

| Description | Current Amount | YTD Amount |
| --- | --- | --- |
| Fed Withholdng | 148.26 | 3,013.80 |
| Fed MED/EE | 17.81 | 359.65 |
| Fed OASDI/EE | 76.17 | 1,537.83 |
| NY Withholdng | 46.17 | 944.70 |
| NY OASDI/EE | 1.20 | 24.00 |
| NY NYC Withholdng | 29.77 | 605.80 |

| | | |
| --- | --- | --- |
| Total Hours Worked: | 64.23 | |
| Total Hours Paid: | 80.23    1,243.57 | 25,103.75 |
| Total Taxes | 319.38 | 6,485.78 |

## BEFORE-TAX DEDUCTIONS

| Description | Current Amt. | YTD Amt. |
| --- | --- | --- |
| WFM PPO TM Only | 15.00 | 300.00 |
| 401K% Elect | 37.31 | 753.12 |

## AFTER-TAX DEDUCTIONS

| Description | Current Amt. | YTD Amt. |
| --- | --- | --- |

## NON-TXBL EMPLOYER PAID BENEFITS

| Description | Current Amt. | YTD Amt. |
| --- | --- | --- |
| WFM PPO | 89.60 | 1,792.00 |
| PWA | 0.00 | 1,500.00 |

## TXBL EMPLOYER PAID BENEFITS

| Total Before-Tax | 52.31 | 1,053.12 | Total After-Tax | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- |

| | GROSS | BEFORE-TAX DED | TAXABLE WAGES | LESS TAXES | AFTER-TAX DEDS | NON-TXBL PAY | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Current | 1,243.57 | 52.31 | 1,191.26 | 319.38 | 0.00 | 0.00 | 871.88 |
| YTD | 25,103.75 | 1,053.12 | 24,050.63 | 6,485.78 | 0.00 | 0.00 | 17,564.85 |

| Benefit Info | Prev Hrs Balance | Earned Hours | Used Hours | Awarded Hours | Donated Hours | Curr Hrs Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Paid Time Off | 42.60 | 64.33 | -118.55 | 46.73 | 0.00 | 35.11 |
| Service Hrs | 2,727.37 | 64.23 | ---- | ---- | ---- | 2,791.60 |

**MESSAGES: PLEASE CHECK YOUR ADDRESS AND NAME. IF INCORRECT, PLEASE NOTIFY YOUR PBS IMMEDIATELY!!!!!**



**NORTHEAST REGION**
**550 BOWIE STREET**
**AUSTIN, TX 78703**

Deposit Amount: **$871.88**

To the
Account(s) of:   **SHAQUANA C FOREMAN**
**280 PARK HILL AVE APT 2E**
**STATEN ISLAND, NY 10304**

Advice No:  **12021652**
Date: **10/03/14**

| DIRECT DEPOSIT DISTRIBUTION | | |
| --- | --- | --- |
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXX4003 | $871.88 |
| Total | | $871.88 |

Whole Foods Market Group Inc   550 Bowie Street   Austin, TX 78703    +1 (512) 4775566

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Shaquana Foreman | Whole Foods Market Group Inc | | 1283024 | 09/29/2014 | 10/12/2014 | 10/17/2014 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,363.54 | 55.91 | 358.06 | 0.00 | 949.57 |
| YTD | 26,467.29 | 1,109.03 | 6,843.84 | 0.00 | 18,514.42 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | | Description | Amount | YTD |
| Bonus General | | | | | 99.00 | | OASDI | 83.61 | 1,621.44 |
| Holiday Overtime | | | | | 671.96 | | Medicare | 19.56 | 379.21 |
| Labor Surplus | 09/29/2014-10/12/2014 | 0 | 0 | 155.78 | 1,979.06 | | Federal Withholding | 165.71 | 3,179.51 |
| Gainsharing Overtime Adjus | | | | | 2.09 | | State Tax - NY | | 944.70 |
| OverTime Pay | | | | | 7.61 | | State Tax - NY | 53.67 | 53.67 |
| Gainsharing Pool Payout | | | | | 222.01 | | City Tax - NY | 34.31 | 640.11 |
| Paid Time Off | 09/29/2014-10/12/2014 | 8 | 15.5 | 124.00 | 2,035.88 | | NY SDI - NYSDI | 1.20 | 25.20 |
| Regular Hourly | 09/29/2014-10/12/2014 | 69.92 | 15.5 | 1,083.76 | 21,301.68 | | | | |
| Retroactive Pay Conversion | | | | | 148.00 | | | | |
| Earnings | | | | 1,363.54 | 26,467.29 | | Employee Taxes | 358.06 | 6,843.84 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401K % | 40.91 | 794.03 |
| Medical Insurance | 15.00 | 315.00 |
| Pre Tax Deductions | 55.91 | 1,109.03 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Employer Paid Medical | 89.60 | 1,881.60 | | OASDI - Taxable Wages | 1,348.54 | 26,152.29 |
| Personal Wellness Account | 54.23 | 1,138.83 | | Medicare - Taxable Wages | 1,348.54 | 26,152.29 |
| | | | | Federal Withholding - Taxable Wages | 1,307.63 | 25,358.26 |
| Employer Paid Benefits | 143.83 | 3,020.43 | | | | |

| | Federal | State | | PTO Amounts | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single | Single or Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | | WFM US PTO Time Off Plan | 4.33504 | 8 | 31.44504 |
| Additional Withholding | 0 | 0 | | WFM US Service Hours Time Off I | 69.92 | 0 | 2861.52 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| BANK NAME | 1ST ACCOUNT | ******4003 | | 949.57    USD |

Whole Foods Market Group Inc   550 Bowie Street   Austin, TX 78703     +1 (512) 4775566

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Shaquana Foreman | Whole Foods Market Group Inc | | 1283024 | 10/13/2014 | 10/26/2014 | 10/31/2014 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | 1,198.93 | 50.97 | 305.00 | 0.00 | | 842.96 |
| YTD | | 27,666.22 | 1,160.00 | 7,148.84 | 0.00 | | 19,357.38 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | | Description | Amount | YTD |
| Bonus General | | | | | 99.00 | | OASDI | 73.41 | 1,694.85 |
| Holiday Overtime | | | | | 671.96 | | Medicare | 17.17 | 396.38 |
| Labor Surplus | | | | | 1,979.06 | | Federal Withholding | 141.76 | 3,321.27 |
| Gainsharing Overtime Adjus | | | | | 2.09 | | State Tax - NY | | 944.70 |
| OverTime Pay | | | | | 7.61 | | State Tax - NY | 43.37 | 97.04 |
| Gainsharing Pool Payout | | | | | 222.01 | | City Tax - NY | 28.09 | 668.20 |
| Paid Time Off | | | | | 2,035.88 | | NY SDI - NYSDI | 1.20 | 26.40 |
| Regular Hourly | 10/13/2014-10/26/2014 | 77.35 | 15.5 | 1,198.93 | 22,500.61 | | | | |
| Retroactive Pay Conversion | | | | | 148.00 | | | | |
| Earnings | | | | 1,198.93 | 27,666.22 | | Employee Taxes | 305.00 | 7,148.84 |

| Pre Tax Deductions | | | |
|---|---|---|---|
| Description | | Amount | YTD |
| 401K % | | 35.97 | 830.00 |
| Medical Insurance | | 15.00 | 330.00 |
| Pre Tax Deductions | | 50.97 | 1,160.00 |

| Employer Paid Benefits | | | | Taxable Wages | | | |
|---|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD | |
| Employer Paid Medical | 89.60 | 1,971.20 | | OASDI - Taxable Wages | 1,183.93 | 27,336.22 | |
| Personal Wellness Account | 54.23 | 1,193.06 | | Medicare - Taxable Wages | 1,183.93 | 27,336.22 | |
| | | | | Federal Withholding - Taxable Wages | 1,147.96 | 26,506.22 | |
| Employer Paid Benefits | 143.83 | 3,164.26 | | | | | |

| | Federal | State | | PTO Amounts | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single | Single or Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | | WFM US PTO Time Off Plan | 4.7957 | 0 | 36.24074 |
| Additional Withholding | 0 | 0 | | WFM US Service Hours Time Off I | 77.35 | 0 | 2938.87 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| BANK NAME | 1ST ACCOUNT | ******4003 | | 842.96 | USD |

Whole Foods Market Group Inc   550 Bowie Street   Austin, TX 78703      +1 (512) 4775566

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| Shaquana Foreman | Whole Foods Market Group Inc | | 1283024 | 10/27/2014 | 11/09/2014 | 11/14/2014 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|-----------|--------------------|----------------|--------------------|--|---------|
| Current | | 1,262.02 | 52.87 | 325.31 | 0.00 | | 883.84 |
| YTD | | 28,928.24 | 1,212.87 | 7,474.15 | 0.00 | | 20,241.22 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Bonus General | | | | | 99.00 |
| Holiday Overtime | | | | | 671.96 |
| Labor Surplus | 10/27/2014-11/09/2014 | 0 | 0 | 63.55 | 2,042.61 |
| Gainsharing Overtime Adjus | | | | | 2.09 |
| OverTime Pay | | | | | 7.61 |
| Gainsharing Pool Payout | | | | | 222.01 |
| Paid Time Off | | | | | 2,035.88 |
| Regular Hourly | 10/27/2014-11/09/2014 | 77.32 | 15.5 | 1,198.47 | 23,699.08 |
| Retroactive Pay Conversion | | | | | 148.00 |
| **Earnings** | | | | 1,262.02 | 28,928.24 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 77.31 | 1,772.16 |
| Medicare | 18.08 | 414.46 |
| Federal Withholding | 150.94 | 3,472.21 |
| State Tax - NY | | 944.70 |
| State Tax - NY | 47.32 | 144.36 |
| City Tax - NY | 30.46 | 698.66 |
| NY SDI - NYSDI | 1.20 | 27.60 |
| **Employee Taxes** | 325.31 | 7,474.15 |

### Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K % | 37.87 | 867.87 |
| Medical Insurance | 15.00 | 345.00 |
| **Pre Tax Deductions** | 52.87 | 1,212.87 |

### Employer Paid Benefits

| Description | Amount | YTD |
|-------------|--------|-----|
| Employer Paid Medical | 89.60 | 2,060.80 |
| Personal Wellness Account | 54.24 | 1,247.30 |
| **Employer Paid Benefits** | 143.84 | 3,308.10 |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 1,247.02 | 28,583.24 |
| Medicare - Taxable Wages | 1,247.02 | 28,583.24 |
| Federal Withholding - Taxable Wages | 1,209.15 | 27,715.37 |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single | Single or Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### PTO Amounts

| Description | Accrued | Reduced | Available |
|-------------|---------|---------|-----------|
| WFM US PTO Time Off Plan | 4.79384 | 0 | 41.03458 |
| WFM US Service Hours Time Off I | 77.32 | 0 | 3016.19 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|------|--------------|----------------|------------|----------------|--|
| BANK NAME | 1ST ACCOUNT | ******4003 | | 883.84 | USD |